# Court of Appeals
# of the State of Georgia

ATLANTA, March 11, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1442. LA'CONTE AKINS v. THE STATE.**

On August 22, 2022, La'Conte Akins pled guilty to two counts of armed robbery. In 2025, Akins filed a motion for an out-of-time appeal, which the trial court denied on January 26, 2026. Akins filed a notice of appeal from this ruling on February 26, 2026. We lack jurisdiction for two reasons.

First, Akins is not entitled to an out-of-time appeal. Under OCGA § 5-6-39.1, a defendant may seek out-of-time relief if (1) the defendant moves for leave to file an out-of-time motion for new trial or notice of appeal within 100 days from the expiration of the time period for the filing of such motion or notice, or (2) the defendant had an out-of-time motion or appeal dismissed under *Cook v. State*, 313 Ga. 471, 506(5) (870 SE2d 758) (2022). Because Akins neither filed a motion for out-of-time appeal within 100 days of the expiration of time in which to file such a motion nor had a motion for out-of-time appeal dismissed under *Cook*, OCGA § 5-6-39.1 has no application.

Second, Akins' notice of appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739(4) (734 SE2d 560) (2012). Because Akins' notice of appeal was filed 31 days after entry of the trial court's order, we lack jurisdiction to consider his appeal.

Under these circumstances, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/11/2026                     *

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*